# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

FLORIDA ROAD RACES, LLC, a Florida limited
liability company; JOHN MORTIMER; JENNIFER MORTIMER;
STACY SOLIMAN; OMAR SOLIMAN; and
MILLENNIUM RUNNING, LLC, a foreign limited liability company,

Appellants/Cross-Appellees,

v.

CHRIS LAUBER; RYA LAUBER; and WATERCROSS
INTERNATIONAL, INC., a Florida corporation,

Appellees/Cross-Appellants.

No. 2D2024-0010
_____

September 24, 2025

Appeal from the Circuit Court for Pinellas County; Thomas M.
Ramsberger, Judge.

Samuel J. Heller of Older Lundy Koch & Martino, St. Petersburg, for
Appellants/Cross-Appellees.

Dineen Pashoukos Wasylik of DPW Legal, Tampa, for Appellees/Cross-
Appellants.

PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.